**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-4325

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEITH DARRELL LONG,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Donald C. Coggins Jr., District Judge. (8:17-cr-01158-DCC-1)

Argued: September 19, 2023                                    Decided: October 27, 2023

Before KING, Circuit Judge, and MOTZ and FLOYD, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Kimberly Harvey Albro, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Columbia, South Carolina, for Appellant. Kathleen Michelle Stoughton, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee. **ON BRIEF:** Corey F. Ellis, United States Attorney, Columbia, South Carolina, Andrew R. de Holl, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this appeal from the criminal judgment entered in April 2019 in the District of South Carolina, defendant Keith Darrell Long challenges his convictions and sentence on numerous grounds. Based upon guilty pleas, Long was convicted of two offenses, for illegal possession of a firearm and drugs. As a result, he was sentenced to 150 months of imprisonment, to be followed by six years of supervised release. Upon careful consideration of the various issues, the record on appeal, and the briefs and oral arguments of counsel, we are satisfied to affirm the district court's judgment.

*AFFIRMED*